

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable W. Lee O'Daniel
Governor of the State of Texas
Austin, Texas

Dear Sir:

Opinion No. O-1030
Re: Constitutionality of House Bill 971

By letter dated June 21, 1939, this Department has been requested to furnish you an opinion on the constitutionality of House Bill No. 971. This request was made by Hon. Ross Hardin, Chairman, Committee on Counties, House of Representatives.

House Bill No. 971 authorizes the Commissioners Court to fix the compensation of the sheriff, tax collector-assessor, county clerk, county judge, district clerk, and county attorney in all counties in this State having a population of not less than forty-eight thousand, five hundred and thirty (48,530) and not more than forty-eight thousand, nine hundred and thirty (48,930), according to the last preceding Federal Census; provides the maximum and minimum salaries to be fixed by such court for such officers; provides the mode and manner of the payment of such salaries; and repeals all laws and parts of laws in conflict therewith to the extent of the conflict.

The population brackets provided by House Bill 971 apply to only one county in the State of Texas, according to the last preceding Federal Census, taken in 1930, that county being Bowie County. In our opinion, House Bill 971 is unconstitutional, in direct violation of the provisions of Section 56, Article 3, of our State Constitution, as being a local or special law regulating the affairs of county, in a case where a general law can be and has been made applicable.

An opinion was rendered by this Department on May 5, 1939, directed to the Honorable Ross Hardin, Chairman of the Committee on Counties, House of Representatives, wherein House Bill No. 1045, which was substantially similar to the

Honorable W. Lee O'Daniel, Page 2

bill with which we are concerned in this opinion, was held to
be unconstitutional. What was there said with reference to
the constitutionality of House Bill No. 1345 is equally
applicable to House Bill No. 971. A copy of such opinion,
which is Number O-735, written by the Honorable Ardell
Williams, Assistant Attorney General, is attached hereto.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By   (Signed)
     R. W. Fairchild
     Assistant

RWF:FB

CC: Hon. Ross Hardin
  House of Representatives
  Austin, Texas


APPROVED JUN 26, 1939

(Signed) Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved
Opinion Committee
By B.W.B., Chairman